UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA RUTLAND-DRURY,

Plaintiff,

v.

HOUSEHOLD INTERNATIONAL, INC., et al.,

Defendant.

CASE NO. C04-941C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' Stipulation Extending the Deadline to File Dispositive Motions and Supporting Papers (Dkt. No. 94). The Court hereby CONTINUES the deadline for filing dispositive motions and supporting papers from May 10, 2005 to May 12, 2005. All other dates, including the trial date, remain unchanged.

Further, pursuant to CR 7(f), the Court hereby GRANTS Defendants' Motion to File Overlength Brief (Dkt. No. 91). Defendants' brief in support of their Motion for Summary Judgment shall not exceed 30 pages.

//

MINUTE ORDER – 1

1    DATED this __6th__ day of May, 2005.

2                                                  BRUCE RIFKIN, Clerk of Court

4                                                  By __/s/ L. Simle__
                                                              Deputy Clerk

26  MINUTE ORDER – 2