UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA RUTLAND-DRURY,

　　　　Plaintiff,

　　v.

HOUSEHOLD INTERNATIONAL, INC., et al.,

　　　　Defendants.

CASE NO. C04-941C

ORDER

　　　This matter comes before the Court on Defendants' Motion to Seal Summary Judgment Briefing and Associated Documents (Dkt. No. 111). The Court hereby GRANTS Defendants' Motion. The following documents shall remain under seal:

1. Defendants' brief in support of Defendants' Motion for Summary Judgment (Dkt. No. 101);

2. Declaration of Scott Schneider Exhibits A, C, and F through M inclusive (Dkt. Nos. 105 & 106);

3. Declaration of Jonathan Shrum Exhibits A, F, G, I through R inclusive, and T (Dkt. No. 103);

4. Declaration of Darwin Roberts Exhibits B, D through G inclusive, T, X, Y, Z, AA, CC,

ORDER – 1

1   DD, EE, GG, and JJ (Dkt. Nos. 108, 109 &110).

3   SO ORDERED this __20th__ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

26  ORDER – 2