UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA RUTLAND-DRURY,

    Plaintiff,

    v.

HOUSEHOLD INTERNATIONAL INC., et al.,

    Defendant.

CASE NO. C04-941C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The Court has been advised that the parties have reached a settlement in this action (Dkt. No. 112). Accordingly, the Court hereby STRIKES the following motions:

(1)    Parties' Joint CR 37 Motion Regarding Plaintiff's Interrogatories (Dkt. No. 77),

(2)    Defendants' Motion to Compel Answers to Defendants' Second Interrogatories (Dkt. No. 69),

(3)    Defendants' Motion for Protective Order (Dkt. No. 75),

(4)    Plaintiff's Motion for Extension of Time to Complete Discovery (Dkt. No. 100), and

(5)    Defendants' Motion for Summary Judgment (Dkt. No. 101).

MINUTE ORDER – 1

1     DATED this  2nd  day of June, 2005.

2                                             BRUCE RIFKIN, Clerk of Court

4                                             By  /s/ L. Simle
                                                     Deputy Clerk

26   MINUTE ORDER – 2